NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JUAN SOTO, DOC #Y29598,               )
                                      )
            Appellant,                )
                                      )
v.                                    )      Case No. 2D18-2435
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed March 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Bruce E. Kyle, Judge.


PER CURIAM.

        Affirmed.


KHOUZAM, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.